IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINCY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-249 |
| v. | ) |
| | ) |
| DEREK OBERLANDER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

In this *pro se* civil action, Plaintiff Quincy Williams has sued six individuals employed by the Pennsylvania Department of Corrections at SCI-Forest for alleged violations of his federal civil rights. Pending before the Court is the Defendants' motion for judgment on the pleadings relative to the claims asserted against "Ms. Parrin" and Sgt. Shrader. *See* Federal Rule of Civil Procedure 12(c); *see also* ECF No. 17.

The matter has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72. On July 6, 2023, Judge Lanzillo issued a briefing order that directed Plaintiff to respond to the pending motion by March 31, 2023. ECF No. 20. The docket does not reflect that any response was received.

On August 2, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") in which he concluded that this Court should grant the Defendants' partial motion for judgment on the pleadings. ECF No. 27. Judge Lanzillo explained that Plaintiff's averments could not support an Eighth Amendment failure-to-protect claim against Parrin, because they failed to show that Parrin was aware of any particular threat to Plaintiff's safety. *Id.* at 5-7. Judge

1

Lanzillo explained that Shrader could not be held liable on a failure-to-protect theory because his alleged misconduct postdated the harmful incident in question. *Id*. at 7-8. The Magistrate Judge further determined that Shrader's alleged actions did not plausibly establish violations of Plaintiff's rights under the Eighth or Fourteenth Amendments. *Id.* at 8-10.

Plaintiff's objections to the R&R were due on or before August 21, 2023. As of this date, no objections have been received.

Accordingly, after *de novo* review of the documents in the case, including the complaint, Defendant's motion to dismiss, and the Magistrate Judge's R&R,

IT IS ORDERED, this 28th day of August, 2023, that the Defendants' motion for judgment on the pleadings in favor of Defendants Parrin and Shrader, ECF No. [17], is GRANTED.

IT IS FURTHER ORDERED that the Report and Recommendation issued by Chief United States Magistrate Judge Richard Lanzillo on August 2, 2023, ECF No. [27], is hereby adopted as the opinion of this Court.

A separate Order of Judgment in favor of Defendants Parrin and Shrader shall issue accordingly.

SUSAN PARADISE BAXTER
United States District Judge